IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
FLORENCE DIVISION

| | | |
|---|---|---|
| Angela and Michael Hughes, | ) | |
| | ) | **CONSENT ORDER DISMISSING** |
| Plaintiffs, | ) | **PLAINTIFFS' CLAIMS FOR** |
| | ) | **ATTORNEY'S FEES AND** |
| vs. | ) | **PREJUDGMENT INTEREST AND** |
| | ) | **STRIKING PLAINTIFFS' JURY** |
| Wright National Flood Insurance | ) | **DEMAND** |
| Company, | ) | |
| | ) | C.A. No.: 4:17-cv-01058-RBH |
| Defendant. | ) | |

This matter is before the Court on a consent motion to strike the plaintiffs' claims for attorney's fees and pre-judgment interest and their demand for a jury trial. This matter arises out of a flood loss claim pursuant to a Standard Flood Insurance Policy issued to the Plaintiffs by Wright National Flood Insurance Company, in its capacity as a Write-Your-Own Program insurance carrier participating in the United States Government's National Flood Insurance Program, pursuant to the National Flood Insurance Act of 1968, as amended. As all such claims are paid with funds from the United States' Treasury, the Plaintiffs' demands for attorney's fees and prejudgment interest should be dismissed and the Plaintiffs' request for trial by jury is not appropriate in a claim under a Standard Flood Insurance Policy. The Parties, being in agreement that the demands for attorney's fees and prejudgment interest should be dismissed and that the jury demand should be stricken, and the Court, deeming it proper to do so,

IT IS HEREBY ORDERED that the Plaintiffs' demands for attorney's fees and prejudgment interest are dismissed; and

IT IS FURTHER ORDERED that the Plaintiffs' request for trial by jury is stricken.

1

IT IS SO ORDERED.

September 22, 2017                                         s/ R. Bryan Harwell
Florence, South Carolina                         R. Bryan Harwell
                                                                          United States District Judge

WE CONSENT:

*/s/ Tucker S. Player*
Tucker S. Player
PLAYER LAW FIRM, LLC
Post Office Box 21005
Columbia, South Carolina 29221
Tucker@playerlawfirm.com

Attorney for Plaintiffs,
Angela and Michael Hughes

*/s/ Phillip E. Reeves*
Phillip E. Reeves
GALLIVAN WHITE BOYD
Post Office Box 10589
Greenville, South Carolina 29603
preeves@gwblawfirm.com

Local Counsel for Defendant,
Wright National Flood Insurance
Company

*/s/ Theodore I. Brenner*
Theodore I. Brenner, Esquire
FREEBORN & PETERS LLP
411 East Franklin Street, Suite 200
Richmond, Virginia 23219
tbrenner@freeborn.com
Pro Hac Vice

Counsel for Defendant,
Wright National Flood Insurance
Company